El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.

---

El Pueblo, Apelado, *v.* Belpré, Apelante.

Apelación procedente de la Corte de Distrito de Guayama.

No. 592.—Resuelto en mayo 19, 1913.

Apelación—Exposición del Caso—Condena Doble.—Sin una exposición del caso no puede este tribunal considerar la alegación hecha por primera vez en apelación tendente a mostrar que por hechos ocurridos en el mismo día y en las mismas circunstancias se han impuesto al acusado dos condenas en lugar de una.

Id.—Autos de Otro Caso Distinto.—Cuando están pendientes de resolución dos casos contra un mismo acusado, esta corte no puede al resolver uno de ellos, tomar en consideración lo que arrojan los autos del otro caso, a menos que éstos se sometan a la consideración de la corte haciéndolos parte de los autos y del caso que se va a resolver.

Alteración de la Paz Pública—Armas Prohibidas.—El delito de alterar la paz pública puede ser denunciado y perseguido separadamente del delito de usar armas prohibidas, aunque ambos se originen de hechos realizados en el mismo día y en las mismas circunstancias por el mismo acusado.

Los hechos están expresados en la opinión.

Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

Abogado del apelante: *Sr. Luis Muñoz Morales.*

El Juez Presidente Sr. Hernández, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Felipe Belpré contra sentencia que en grado de apelación y mediante celebración de nuevo juicio dictó la Corte de Distrito de Guayama, en 15 de enero del corriente año, condenando al apelante, como culpable del delito de alterar la paz pública, a la pena de dos meses de cárcel y las costas.

La representación de la parte apelante ha alegado ante esta Corte Suprema por escrito y oralmente, que Belpré fué penado por la Corte de Distrito de Guayama en virtud de dos denuncias presentadas separadamente ante la corte municipal del mismo nombre, una de ellas por alteración de la

paz pública y la otra por portar armas prohibidas, siendo idénticos los hechos que sirvieron de fundamento a cada una de dichas denuncias, sin otra variante que la de especificarse en la segunda que el acusado portaba un revólver, por lo que somete a la consideración de esta Corte Suprema la cuestión legal de si ambos casos deben ser considerados conjuntamente y resueltos por una misma sentencia con una sola pena o si en todo caso deben reducirse las penas impuestas a Belpré por resultar excesivas.

En la transcripción de autos que tenemos a la vista no hay pliego de excepciones ni escrito de exposición del caso y sólo aparecen: 1°., el escrito de denuncia en que se imputa a Belpré el hecho de que en 6 de noviembre del año próximo pasado y en la Calle de Agustín Calimano, de Guayama, distrito judicial municipal del mismo nombre, en los instantes en que se celebraba una manifestación pública de carácter político, el mencionado acusado alteró con conducta provocadora y ofensiva el buen orden y la tranquilidad de la manifestación; 2°., la sentencia por la que la Corte de Distrito de Guayama después de haber hecho el denunciado la alegación de culpable del delito de alterar la paz pública, lo condenó a la pena de dos meses de cárcel y las costas; 3°., el escrito del abogado del acusado interponiendo contra dicha sentencia recurso de apelación para ante esta Corte Suprema.

Como se ve, el récord no ha venido preparado en forma tal que podamos considerar la alegación hecha ante esta corte en apoyo del recurso, tendente a mostrar que por hechos idénticos se han impuesto a Belpré dos condenas en lugar de una.

Una corte de apelación tomará en cuenta el contenido de sus propios autos cuando se le pida en debida forma, pero no tendrá en consideración, al resolver un caso, lo que arrojen los autos de otro caso distinto, a menos que éstos se sometan a la consideración del tribunal haciéndolos parte de los autos del caso que se considera. 3 Cyc., 179, 180.

De todos modos, en la denuncia que originó el presente caso no se imputó al acusado el hecho de portar una arma pro-

hibida sino el de perturbar la paz pública y ese hecho puede ser denunciado y perseguido separadamente del otro.

La pena impuesta no es excesiva.

El recurso debe declararse sin lugar y confirmarse la sentencia apelada.

*Confirmada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.